**Eloy Velasquez MARQUEZ;
et al., Petitioners,**

v.

**Alberto R. GONZALES, Attorney
General, Respondent.**

No. 06–75053.

United States Court of Appeals,
Ninth Circuit.

Submitted March 12, 2007.*

Filed March 16, 2007.

Eloy Velasquez Marquez, Los Angeles, CA, pro se.

Martha Bautista Velasquez, Los Angeles, CA, pro se.

CAC–District, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Linda S. Wendtland, Esq., DOJ—U.S. Department of Justice, Civil Div./Office of Immigration Lit., Holly M. Smith, U.S. Department of Justice Civil Division, Washington, DC, for Respondent.

Before: CANBY, TROTT and FISHER, Circuit Judges.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

MEMORANDUM **

Respondent's unopposed motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Accordingly, this petition for review is denied.

All other pending motions are denied as moot. The temporary stay of removal confirmed by Ninth Circuit General Order 6.4(c) shall continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DENIED.**

**Ernesto Arce RAMIREZ, Petitioner,**

v.

**Alberto R. GONZALES, Attorney
General, Respondent.**

No. 06–75089.

United States Court of Appeals,
Ninth Circuit.

Submitted March 12, 2007.*

Filed March 16, 2007.

Ernesto Arce Ramirez, Anaheim, CA, pro se.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

District, Office of the District Counsel, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, San Francisco, CA, Joan E. Smiley, Esq., U.S. Department of Justice, Washington, DC, for Respondent.

Before: CANBY, TROTT and FISHER, Circuit Judges.

Petitioner's motion to proceed in forma pauperis is granted. The Clerk shall amend the docket to reflect this status.

The BIA did not abuse its discretion in denying as untimely petitioner's motion to reconsider, filed ten months after the entry of the final administrative order of removal. *See* 8 U.S.C. § 1229a(c)(6)(B) (stating time limits for filing motions to reconsider); *Oh v. Gonzales*, 406 F.3d 611, 612 (9th Cir.2005).

Accordingly, respondent's motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

All other pending motions are denied as moot. The temporary stay of removal shall continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DENIED.**

---

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

